UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Milton Miles, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-17-3406 |
| | § | |
| Nancy A. Berryhill, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration | § | |
|     *Defendant*. | § | |

## ORDER OF ADOPTION

On February 26, 2019, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 15), recommending that Miles's Motion for Summary Judgment (D.E. 12) be granted and the Commissioner's final decision be reversed and remanded for further proceedings. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The court will issue a separate final judgment.

Signed at Houston, Texas on March \_\_\_15\_\_, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE